# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

IN RE:  **Edward Lee Hackney**  
**Sheila Elaine Hackney**  
Debtor(s)

Case No.  **14-60536**

Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

## Plan Summary

**A.** The Debtor's Plan Payment will be _____**Variable Payments**_____, paid by  ☐ Pay Order or ☑ Direct Pay for _____**60 months**_____. The gross amount to be paid into the plan is _____**$45,335.00**_____.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **100%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is _____**$500.00**_____.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

## Plan Provisions

### I. Vesting of Estate Property

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| IN RE: | **Edward Lee Hackney** | Case No. **14-60536** |
|---|---|---|
| | **Sheila Elaine Hackney** | |
| | Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*    ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

## II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| Capital One Auto Finance<br>2007 Honda Accord | $96.88 | |

## III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

## IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Capital One Auto Finance<br>2007 Honda Accord | $11,609.00 | $9,412.50 | Pro-Rata | 4% | $10,375.94 | |

Form 11/7/05    *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas -  (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE:  **Edward Lee Hackney** | Case No.  **14-60536** |
| **Sheila Elaine Hackney** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*     ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 2*

---

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on _____**July 11, 2014**_____ ."

/s/ Edward Lee Hackney                                  /s/ Sheila Elaine Hackney
Debtor                                                                        Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided.  If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions.  Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date.  If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.  (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.**  Debtor(s) shall pay the following creditors directly.  Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly.  Minors should be identified by their initials only.  If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth.  Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| | | | |

**B.**  Debtor surrenders the following collateral.  Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE: **Edward Lee Hackney** | Case No. **14-60536** |
| **Sheila Elaine Hackney** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*  ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| James O. Cure | $2,701.00 | Before | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| IRS - Special Procedures Section | $1,209.00 | Along With | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Capital One Auto Finance 2007 Honda Accord | $11,609.00 | $9,412.50 | Pro-Rata | 4% | $10,375.94 | |
| CitiMortgage, Inc. Homestead | $10,566.24 | $72,999.00 | $500.33 Avg. | 4% | $11,007.25 | |

Form 11/7/05   *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| IN RE: **Edward Lee Hackney** | Case No. **14-60536** |
| **Sheila Elaine Hackney** | |
| Debtor(s) | Chapter 13 Proceeding |

☐ *AMENDED*   ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

---

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately **100%** of their allowed claims.

**Totals:**

| | |
|---|---:|
| Administrative Claims | $2,701.00 |
| Priority Claims | $1,209.00 |
| Arrearage Claims | $0.00 |
| Cure Claims | $0.00 |
| Secured Claims | $19,978.74 |
| Unsecured Claims | $15,375.03 |

### VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Acceptance of/Rejection of/Objection to Plan**

ACCEPTANCE OF/REJECTION OF/OBJECTION TO THE PLAN BY HOLDERS OF ALLOWED SECURED CLAIMS PROVIDED FOR BY THE PLAN.

Each holder of an allowed secured claim provided for by the plan shall be deemed to have accepted the plan unless such holder files a written rejection of the plan no later than 10 days prior to the confirmation hearing date. If the holder of an allowed secured claim files an objection to confirmation of the plan and does not otherwise reject the plan, said holder shall be deemed to have accepted the plan in all respects except those specifically raised in the objection to confirmation. All written notices of rejection of the plan shall be filed and served in the same manner as objections to confirmation.

**Provision Regarding Payment of Attorneys Fees**

The Trustee shall make distribution of the base attorney fees at the maximum amount permitted under the First Standing Order Relating to Chapter 13 Case Administration under BAPCA in the El Paso and Waco Divisions of November 8, 2005, Paragraph 6(B), as amended January 23, 2007, as further amended January 7, 2008.

**Sale of Homestead Property**

The Debtors are the owners of real property described in Schedule A filed herein. This property is their homestead and is claimed as exempt herein. If there are no objections to this exemption, or to this provision, then the Debtors shall be authorized to sell the property without the necessity of a Court hearing. The proceeds of any such sale shall be applied to the costs of the sale, any outstanding liens against the property, any tax liens against the property and all remaining proceeds shall be paid to the Debtors as the proceeds of the sale of exempt property. The Debtors shall provide a copy of the closing statement to the Trustee within ten days of closing.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Edward Lee Hackney**      Case No. **14-60536**
     **Sheila Elaine Hackney**
     Debtor(s)      Chapter 13 Proceeding

☐ *AMENDED*    ☐ *MODIFIED*

## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 5*

---

**Property Taxes**

The Debtors are the owners of real property located in Bell County, Texas, which property is their homestead and is claimed as exempt herein. The Debtors' ad valorem taxes are included in their monthly mortgage payments. Any claim for 2015 ad valorem taxes shall be treated as a post-petition indebtedness and shall be paid directly, outside the Debtors' plan.

**Declaration of Value - 2007 Honda Accord**

By their signatures below, the Debtors hereby affirm as follows: that they are over the age of 18 and are qualified to make this statement; that they have an account with Capital One Auto Finance, which was opened in May 2010 for the purchase of a 2007 Honda Accord; that the approximate purchase price of the vehicle was $15,000.00 and that we have possession of the vehicle and it is in good condition; that we believe the current market value of the vehicle is $9,412.50 based upon the retail value of the vehicle pursuant to www.nadaguides.com dated June 18, 2014.

Respectfully submitted this date: __**7/11/2014**_____.

                                          **/s/ James O. Cure**
                                          James O. Cure
                                          2584 Blue Meadow Dr.
                                          Temple, TX 76502
                                          Phone: (254) 778-8934 / Fax: (254) 773-2477
                                          (Attorney for Debtor)

**/s/ Edward Lee Hackney**                            **/s/ Sheila Elaine Hackney**
Edward Lee Hackney                                    Sheila Elaine Hackney
604 N. 15th                                                      604 N. 15th
Temple, TX 76501                                      Temple, TX 76501
(Debtor)                                                            (Joint Debtor)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Edward Lee Hackney**                                CASE NO  **14-60536**
**Sheila Elaine Hackney**
*Debtor(s)*                                                   CHAPTER  **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| # | Month / Due Date | Payment | # | Month / Due Date | Payment | # | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 07/19/2014 | $200.00 | 21 | 03/19/2016 | $765.00 | 41 | 11/19/2017 | $765.00 |
| 2 | 08/19/2014 | $765.00 | 22 | 04/19/2016 | $765.00 | 42 | 12/19/2017 | $765.00 |
| 3 | 09/19/2014 | $765.00 | 23 | 05/19/2016 | $765.00 | 43 | 01/19/2018 | $765.00 |
| 4 | 10/19/2014 | $765.00 | 24 | 06/19/2016 | $765.00 | 44 | 02/19/2018 | $765.00 |
| 5 | 11/19/2014 | $765.00 | 25 | 07/19/2016 | $765.00 | 45 | 03/19/2018 | $765.00 |
| 6 | 12/19/2014 | $765.00 | 26 | 08/19/2016 | $765.00 | 46 | 04/19/2018 | $765.00 |
| 7 | 01/19/2015 | $765.00 | 27 | 09/19/2016 | $765.00 | 47 | 05/19/2018 | $765.00 |
| 8 | 02/19/2015 | $765.00 | 28 | 10/19/2016 | $765.00 | 48 | 06/19/2018 | $765.00 |
| 9 | 03/19/2015 | $765.00 | 29 | 11/19/2016 | $765.00 | 49 | 07/19/2018 | $765.00 |
| 10 | 04/19/2015 | $765.00 | 30 | 12/19/2016 | $765.00 | 50 | 08/19/2018 | $765.00 |
| 11 | 05/19/2015 | $765.00 | 31 | 01/19/2017 | $765.00 | 51 | 09/19/2018 | $765.00 |
| 12 | 06/19/2015 | $765.00 | 32 | 02/19/2017 | $765.00 | 52 | 10/19/2018 | $765.00 |
| 13 | 07/19/2015 | $765.00 | 33 | 03/19/2017 | $765.00 | 53 | 11/19/2018 | $765.00 |
| 14 | 08/19/2015 | $765.00 | 34 | 04/19/2017 | $765.00 | 54 | 12/19/2018 | $765.00 |
| 15 | 09/19/2015 | $765.00 | 35 | 05/19/2017 | $765.00 | 55 | 01/19/2019 | $765.00 |
| 16 | 10/19/2015 | $765.00 | 36 | 06/19/2017 | $765.00 | 56 | 02/19/2019 | $765.00 |
| 17 | 11/19/2015 | $765.00 | 37 | 07/19/2017 | $765.00 | 57 | 03/19/2019 | $765.00 |
| 18 | 12/19/2015 | $765.00 | 38 | 08/19/2017 | $765.00 | 58 | 04/19/2019 | $765.00 |
| 19 | 01/19/2016 | $765.00 | 39 | 09/19/2017 | $765.00 | 59 | 05/19/2019 | $765.00 |
| 20 | 02/19/2016 | $765.00 | 40 | 10/19/2017 | $765.00 | 60 | 06/19/2019 | $765.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: **Edward Lee Hackney** | CASE NO. | **14-60536** |
| *Debtor* | | |
| **Sheila Elaine Hackney** | CHAPTER | **13** |
| *Joint Debtor* | | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 11, 2014, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

/s/ James O. Cure
James O. Cure
Bar ID:05252800
James O. Cure
2584 Blue Meadow Dr.
Temple, TX 76502
(254) 778-8934

| | | |
|---|---|---|
| ACS/Panhandle Plains<br>xxxxxx0651<br>501 Bleeker St<br>Utica, NY 13501 | Capital One Auto Finance<br>xxxxxxxxxxxx1001<br>3905 N Dallas Pkwy<br>Plano, TX 75093 | Fingerhut / Jefferson Capital Systems<br>5003<br>16 McLeland Road<br>Saint Cloud, MN 56303 |
| Attorney General of the United States<br>Main Justice Bldg. Room 511<br>10th & Constitution Ave., N.W.<br>Washington, DC  20530 | Cen-Tex Auto<br>800<br>1717 W Avenue H<br>Temple, TX 76504 | First Premier Bank<br>xxxxxxxxxxxx3520<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 |
| Bealls/Comenity Bank<br>xxxxxxxxxxxx5663<br>Attn: Bankruptcy<br>P.O. Box 182686<br>Columbus, OH 43218 | CitiMortgage, Inc.<br>xxxxxx1720<br>P.O. Box 6030<br>Sioux Falls, SD 57117 | GMAC<br>4398<br>P.O. Box 130424<br>Roseville, MN 55113 |
| Bell County TAD<br>c/o Lee Gordon<br>P.O. Box 1269<br>Round Rock, TX 78680 | Edward Lee Hackney<br>604 N. 15th<br>Temple, TX 76501 | IRS - Special Procedures Section<br>300 East 8th Street / Stop 5022 AUS<br>Austin, Texas 78701 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Edward Lee Hackney**      CASE NO. **14-60536**
*Debtor*

**Sheila Elaine Hackney**      CHAPTER **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

---

Scott & White
9369
P. O. Box 847500
Dallas, TX 75284-7500


Temple Santa Fe Credit Union
xxxxxxxx0011
1750 West Avenue A
Temple, TX 76501


Time Warner Cable
8014
P.O. Box 85100
Austin, TX 78708


TXU Electric
0525
P.O. Box 650700
Dallas, TX 75265-0700


United States Attorney
601 NW Loop 410, Suite 600
San Antonio, TX 78216


Washington Mutual / Providian
9006
Attn: Bankruptcy Dept.
P.O. Box 15298
Wilmington, DE 19850

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edward** | **Lee** | **Hackney** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sheila** | **Elaine** | **Hackney** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **14-60536** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income  12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Retired | **Podiatry Technician** |
| **Employer's name** | | **Scott & White Memorial Hospital** |
| **Employer's address** | <br>Number   Street | **2401 S. 31st Street**<br>Number   Street |
| | City   State   Zip Code | **Temple**   **TX**   **76508**<br>City   State   Zip Code |
| **How long employed there?** | _____ | _____ |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$0.00** | **$2,517.22** |
| 3. | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$166.52** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | **$0.00** | **$2,683.74** |

Debtor 1  **Edward**     **Lee**     **Hackney**        Case number (if known) **14-60536**
         First Name       Middle Name      Last Name

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
|  | Copy line 4 here ............................................ → 4. | $0.00 | $2,683.74 |
| **5.** | **List all payroll deductions:** |  |  |
| 5a. | Tax, Medicare, and Social Security deductions   5a. | $0.00 | $278.89 |
| 5b. | Mandatory contributions for retirement plans   5b. | $0.00 | $0.00 |
| 5c. | Voluntary contributions for retirement plans   5c. | $0.00 | $131.15 |
| 5d. | Required repayments of retirement fund loans   5d. | $0.00 | $0.00 |
| 5e. | Insurance   5e. | $0.00 | $326.94 |
| 5f. | Domestic support obligations   5f. | $0.00 | $0.00 |
| 5g. | Union dues   5g. | $0.00 | $0.00 |
| 5h. | Other deductions. Specify: **Life Insurance**   5h. + | $0.00 | $69.06 |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6. | $0.00 | $806.04 |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7. | $0.00 | $1,877.70 |
| **8.** | **List all other income regularly received:** |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm   8a. | $0.00 | $0.00 |
|  | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. |  |  |
| 8b. | Interest and dividends   8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive   8c. | $0.00 | $0.00 |
|  | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. |  |  |
| 8d. | Unemployment compensation   8d. | $0.00 | $0.00 |
| 8e. | Social Security   8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive |  |  |
|  | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:   8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income   8g. | $439.90 | $175.88 |
| 8h. | Other monthly income. Specify: **See continuation sheet**   8h. + | $700.00 | $0.00 |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9. | $1,139.90 | $175.88 |
| **10.** | **Calculate monthly income.** Add line 7 + line 9.   10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $1,139.90 + | $2,053.58 = $3,193.48 |

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + $0.00

**12.** **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.    12. **$3,193.48** Combined monthly income

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.
☑ Yes. Explain: **The Debtor receives a total of $1,726.00 per month in Social Security benefits. The Debtor has applied for additional monthly retirement benefits from the VA due to being forcibly retired. He anticipates his total VA Benefits to be $700.00**

Official Form B 6I         **Schedule I: Your Income**         page 2

Debtor 1 **Edward** **Lee** **Hackney**  Case number (if known) **14-60536**
First Name  Middle Name  Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---:|---:|
| 8h. | Other Monthly Income (details) |  |  |
|  | **VA Retirement** | $296.00 | $0.00 |
|  | **Anticipated Additional Retirement from V** | $404.00 | $0.00 |
|  | Totals: | $700.00 | $0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Edward** | **Lee** | **Hackney** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Sheila** | **Elaine** | **Hackney** |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **14-60536** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses                                12/13

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**
   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?**   ☑ No
Do not list Debtor 1 and Debtor 2.   ☐ Yes. Fill out this information for each dependent.....................

Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)**

**Your expenses**

**4. The rental or home ownership expenses for your residence.**   4. _____
Include first mortgage payments and any rent for the ground or lot.

**If not included in line 4:**

4a. Real estate taxes                                    4a. _____

4b. Property, homeowner's, or renter's insurance         4b. **$78.00**

4c. Home maintenance, repair, and upkeep expenses        4c. **$120.00**

4d. Homeowner's association or condominium dues          4d. _____

Official Form B 6J                    **Schedule J: Your Expenses**                    page 1

Debtor 1 **Edward** **Lee** **Hackney**   Case number (if known) **14-60536**
    First Name    Middle Name    Last Name

                                      **Your expenses**

**5.** **Additional mortgage payments for your residence,** such as home equity loans   5. _____

**6.** **Utilities:**

   6a. Electricity, heat, natural gas   6a. **$304.48**

   6b. Water, sewer, garbage collection   6b. **$95.00**

   6c. Telephone, cell phone, Internet, satellite, and cable services   6c. **$330.00**

   6d. Other. Specify: **Pet Care**   6d. **$65.00**

**7.** **Food and housekeeping supplies**   7. **$585.00**

**8.** **Childcare and children's education costs**   8. _____

**9.** **Clothing, laundry, and dry cleaning**   9. **$160.00**

**10.** **Personal care products and services**   10. **$61.00**

**11.** **Medical and dental expenses**   11. **$150.00**

**12.** **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments.   12. **$300.00**

**13.** **Entertainment, clubs, recreation, newspapers, magazines, and books**   13. **$60.00**

**14.** **Charitable contributions and religious donations**   14. _____

**15.** **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance   15a. _____

   15b. Health insurance   15b. _____

   15c. Vehicle insurance   15c. **$120.00**

   15d. Other insurance. Specify: _____   15d. _____

**16.** **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____   16. _____

**17.** **Installment or lease payments:**

   17a. Car payments for Vehicle 1   17a. _____

   17b. Car payments for Vehicle 2   17b. _____

   17c. Other. Specify: _____   17c. _____

   17d. Other. Specify: _____   17d. _____

**18.** **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).**   18. _____

**19.** **Other payments you make to support others who do not live with you.**
Specify: _____   19. _____

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a. Mortgages on other property   20a. _____

   20b. Real estate taxes   20b. _____

   20c. Property, homeowner's, or renter's insurance   20c. _____

   20d. Maintenance, repair, and upkeep expenses   20d. _____

   20e. Homeowner's association or condominium dues   20e. _____

Debtor 1  **Edward**          **Lee**           **Hackney**_____          Case number (if known)  **14-60536**_____
         First Name          Middle Name       Last Name

21. **Other.** Specify: _____          21.  **+** _____

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.                                          22.  |        **$2,428.48** |

23. **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.            23a.  **$3,193.48**

    23b.  Copy your monthly expenses from line 22 above.                          23b.  **–** **$2,428.48**

    23c.  Subtract your monthly expenses from your monthly income.
          The result is your monthly net income.                                  23c.  |        **$765.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. | Explain here:
            **None.**